# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**DERREK W. BAUER** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **3:10-MJ-0041 CMK**<br><br>Adam B. Ryan<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] pleaded guilty to count(s): 1, 2, 3, 4, 5, 6, and 7 of the Complaint .
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| See next page. | | | |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ] Count(s) ___ (is)(are) dismissed on the motion of the United States.

[ ] Indictment is to be dismissed by District Court on motion of the United States.

[✔] Appeal rights given.          [ ] Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

03/08/2011
Date of Imposition of Judgment

DATED: March 8, 2011

_Craig M. Kellison_
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

AO 245B-CAED (Rev. 3/04) Sheet 1 - Judgment in a Criminal Case            Case 3:10-mj-00041-CMK   Document 8   Filed 03/08/11   Page 2 of 3

| | | | Judgment - Page 2 of 3 |
|---|---|---|---|
| CASE NUMBER: | 3:10-MJ-0041 CMK | | |
| DEFENDANT: | DERREK W. BAUER | | |

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 261.10(m), a Class B Misdemeanor | Fail to Stop | 11/17/2010 | 1 |
| 36 CFR 261.15(g), a Class B Misdemeanor | Operate OHV in Reckless Manner | 11/17/2010 | 2 |
| 36 CFR 261.15(l), a Petty Offense | Operate OHV without Registration (CVC 38020) | 11/17/2010 | 3 |
| 36 CFR 271.15(l) a Petty Offense | Operate OHV without a Helmet (CVC 38505) | 11/17/2010 | 4 |
| 36 CFR 251.15(l), a Petty Offense | Operate OHV on Paved Highway (CVC 38025) | 11/17/2010 | 5 |
| 36 CFR 261.58bb, a Class B Misdemeanor | Minor in Possession of Alcohol | 11/17/2010 | 6 |
| 36 CFR 261.3(a), a Class B Misdemeanor | Interfere with Forest Officer | 11/17/2010 | 7 |

| | | |
|---|---|---|
| CASE NUMBER: | 3:10-MJ-0041 CMK | Judgment - Page 3 of 3 |
| DEFENDANT: | DERREK W. BAUER | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of fifteen (15) days .

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.
    If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                               UNITED STATES MARSHAL

                                        By _____
                                                        Deputy U.S. Marshal